IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION


EUGENE SMITH                                           *
                                                       *
                    Plaintiff                          *
                                                       *
VS.                                                    *
                                                       *        NO: 4:06CV001701   SWW
EAST ARKANSAS VIDEO, INC.                              *
                                                       *
                    Defendant                          *
                                                       *


## **JUDGMENT**

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED,

and  ADJUDGED  that this case is dismissed in its entirety.  Plaintiff's claims brought pursuant

to the Court's federal question jurisdiction are DISMISSED WITH PREJUDICE, and Plaintiff's

supplemental, state-law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 4TH DAY OF APRIL, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE